UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**MARTHA KAY BAIRD HOOKER,**

    **Plaintiff,**

v.                                                  Case No. 7:23-cv-00750

**CHERYL FACCIANI, et al.,**

    **Defendants.**

### CONSENT ORDER

This matter came before the Court upon the parties' Consent Motion to Extend Deadlines with respect to Defendants' Motion to Dismiss (Dkt. #14). The parties have agreed that Plaintiff shall have a one-week extension to file a response to Defendants' Motion to Dismiss, until and including February 15, 2024. Defendants will then have until and including February 29, 2024, to file a reply.

For good cause shown, it is hereby **ORDERED** as follows:

1. Plaintiff's deadline to file her Response to Defendants' Motion to Dismiss is extended until February 15, 2024; and

2. Defendants shall have until February 29, 2024, to file a reply.

The Clerk is directed to submit a certified electronic copy of this Consent Order to all counsel of record via the Court's CM/ECF filing system.

Entered: February 6, 2024.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge