# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Martha Kay Baird Hooker**

vs.

**Cheryl Facciani, et al**

Action No:   7:23cv750
Date:   5/9/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   M. Butenschoen
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)
Thomas Strelka

Defendant Attorney(s)
Stacy Haney

PROCEEDINGS:
Parties present by counsel for oral argument on defendants' Motion to Dismiss (dkt. 20)
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court: 9:57 - 10:36 am; 39m