CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
September 30, 2024
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARTHA KAY BAIRD HOOKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 7:23-cv-00750 |
| CHERYL FACCIANI, et al., | ) By: Elizabeth K. Dillon ) Chief United States District Judge |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the defendant's motion to dismiss (Dkt. No. 20) is GRANTED IN PART and DENIED IN PART as follows:

1. The motion to dismiss the official-capacity claims is GRANTED, and those claims are DISMISSED WITHOUT PREJUDICE;

2. The motion to dismiss Count II—the *Bowman* wrongful termination claim—is GRANTED, and Count II is DISMISSED WITHOUT PREJUDICE; and

3. The motion to dismiss Count I—the First Amendment retaliation claim under 42 U.S.C. § 1983—is DENIED.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: September 30, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge