UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MARTHA KAY BAIRD HOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:23-cv-00750 |
| | ) |
| CHERYL FACCIANI, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF R. MATTHEW BLACK
TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

Pursuant to Local Rule 6(i) of the Local Rules of this Court, R. Matthew Black respectfully requests leave of the Court to withdraw as counsel for Defendants Cheryl Facciani, Brent Hudson, Timothy Greenway, and Dr. Kenneth Nicely ("School Defendants") because he is leaving employment for the law firm Haney Phinyowattanachip PLLC for employment elsewhere. The School Defendants have been notified, and all other counsel who have entered appearances for the School Defendants in this case will continue to serve as counsel of record for the School Defendants.

WHEREFORE, R. Matthew Black respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for the School Defendants.

Dated: January 8, 2025

/s/ R. Matthew Black
Stacy L. Haney (VSB No. 71054)
R. Matthew Black (VSB No. 94663)
HANEY PHINYOWATTANACHIP PLLC
9201 Arboretum Pkwy, Suite 160
Richmond, VA 23236
Tel.:   (804) 500-0301
Fax:   (804) 500-0309
Email: shaney@haneyphinyo.com
           mblack@haneyphinyo.com
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2025, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of record.

/s/ R. Matthew Black
Stacy L. Haney (VSB No. 71054)
R. Matthew Black (VSB No. 94663)
HANEY PHINYOWATTANACHIP PLLC
9201 Arboretum Pkwy, Suite 160
Richmond, VA 23236
Tel.:   (804) 500-0301
Fax:   (804) 500-0309
Email: shaney@haneyphinyo.com
           mblack@haneyphinyo.com
*Counsel for Defendants*