CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

January 10, 2025

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARTHA KAY BAIRD HOOKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:23-cv-00750 |
| CHERYL FACCIANI, et al., | ) By: Elizabeth K. Dillon |
| | )     Chief United States District Judge |
| Defendants. | ) |

**ORDER**

This matter comes before the court on Cheryl Facciani, Timothy Greenway, Brent Hudson, and Dr. Kenneth Nicely's (collectively, "Defendants"), motion requesting an extension of time to file their Answers to the Amended Complaint. (Dkt. No. 30.) For good cause shown, the court hereby GRANTS the motion for extension and ORDERS that (1) the time for Defendants to file their Answers to the Amended Complaint is extended; and (2) Defendants shall file their Answers to the Amended Complaint (attached as Exhibits A, B, C, and D, to their supporting memorandum (Dkt. No. 31)) separately on the docket not later than seven (7) days after entry of this order.

All nondispositive pretrial motions and issues are hereby referred to United States Magistrate Judge Joel Hoppe pursuant to 28 U.S.C. § 636(b)(1)(A).

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: January 10, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge