UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MARTHA KAY BAIRD HOOKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23-cv-00750 |
| CHERYL FACCIANI, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Cheryl Facciani, Tim Greenway, Brent Hudson, and Dr. Ken Nicely ("Defendants") by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment on Count I of Plaintiff's Amended Complaint. The School Board relies on the accompanying memorandum in support of this motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting its motion for summary judgment on the claim asserted herein by Plaintiff Martha Kay Baird Hooker and awarding Defendants such further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

DEFENDANTS DR. KENNETH NICELY, MR. TIM GREENWAY, MR. BRENT HUDSON, AND MS. CHERYL FACCIANI

By Counsel

[signature on following page]

1

/s/ Matthew L. Woodward
Stacy L. Haney (VSB No. 71054)
Matthew L. Woodward (VSB 97299)
HANEY PHINYOWATTANACHIP PLLC
9201 Arboretum Pkwy, Suite 160
Richmond, VA 23236
Tel.:   (804) 500-0301
Fax:   (804) 500-0309
Email: shaney@haneyphinyo.com
          Mwoodward@haneyphinyo.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of January, 2026, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of record.

<u>/s/ Matthew L. Woodward</u>
Stacy L. Haney (VSB No. 71054)
Matthew L. Woodward (VSB No. 97299)
HANEY PHINYOWATTANACHIP PLLC
9201 Arboretum Pkwy, Suite 160
Richmond, VA 23236
Tel.:   (804) 500-0301
Fax:   (804) 500-0309
Email:  shaney@haneyphinyo.com
           mwoodward@haneyphinyo.com

*Counsel for Defendants*